IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10681
Summary Calendar
_____

PATRICIA ANN ALLEN,

Plaintiff-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
(98-CV-310-Y)
--------------------
March 14, 2000

Before POLITZ, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Patricia Allen appeals the district court's denial of her 28 U.S.C. § 2254 petition. The district court did not err in denying the petition. The state court adjudication of Allen's claim was not a violation of "clearly established Federal law, as determined by the Supreme Court of the United States." See Drinkard v. Johnson, 97 F.3d 751, 768 (5th Cir. 1996); 28 U.S.C. § 2254(d)(1). The state court's decision is also not "so clearly incorrect that it would not be debatable among

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reasonable jurists."  Drinkard, 97 F.3d at 769.  Accordingly, the judgment of the district court is

AFFIRMED.